# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CRISTIAN GIOVANNI LUGO, a/k/a Mono,<br><br>  Defendant. | Case No. 14-mj-71413 MAG<br><br>**DETENTION ORDER**<br><br>Hearing: Nov. 20, 2014 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the court on November 20, 2014, held a detention hearing to determine whether any condition or combination of conditions will reasonably assure the appearance of the defendant Cristian Lugo as required and the safety of any other person and the community.  Defendant Lugo was present, represented by his attorney AFPD Varell Fuller. The United States was represented by Assistant U.S. Attorney Maia Perez.  Lugo is charged by indictment in the District of Alaska with conspiracy to distribute and possess with the intent to distribute a controlled substance in violation of 21 U.S.C. §§ 841and 846 (case no. 3:14-cr-00092 SLG-DMS-4). The defendant is presumed innocent of the charge.

The detention hearing was held publicly. Both parties were advised of their

Case No. 14-mj-71413
DETENTION ORDER

opportunity to call witnesses and present evidence.  The defendant was advised of his right to seek a further detention hearing in the district charged, the District of Alaska.

Part I. Presumptions Applicable

/X / There is probable cause based upon the Indictment to believe that the defendant has committed an offense for which a maximum term of imprisonment of 10 years or more is prescribed in 21 U.S.C. § 801 et seq., § 951 et seq., or § 955a et seq.,

II. REBUTTAL OF PRESUMPTIONS

/ X / The defendant has not come forward with sufficient evidence to rebut the applicable presumption, and he therefore will be ordered detained.

III. WRITTEN FINDINGS OF FACT AND STATEMENT OF REASONS

/ X / The Court has taken into account the factors set out in 18 U.S.C. § 3142(g) and all of the information submitted at the hearing and finds as follows: The Court adopts the facts set forth in the Pretrial Services (PTS) Report prepared November 19, 2014, supplemented by information presented at the hearing. The Court finds by more than clear and convincing evidence that the defendant poses a serious danger to the community that may not reasonably be mitigated by a combination of release conditions. The following factors establish the danger: lengthy, and recent criminal record, including four felony convictions; poor performance during past supervision, including two probation violations; arrests for rape, carrying weapons, and criminal street gang involvement.  As to the risk of non-appearance, the Court finds that those risks could be reasonably mitigated if a suitable surety and security were provided.  At the time of the hearing, no suitable sureties or securites were proposed.

Part IV. Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on the request of an attorney for the

1  Government, the person in charge of the corrections facility shall deliver the defendant to
2  the United States Marshal for the purpose of an appearance in connection with a court
3  proceeding.
4      IT IS SO ORDERED.
5      Date: November 21, 2014

                                              Nathanael M. Cousins
                                              United States Magistrate Judge